# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0850**
Eric Ray Gaylord v. State of Alabama (Appeal from Mobile Circuit Court: CC-22-2994)

## NOTICE

You are hereby notified that on August 30, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk